# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-15-00658-CV

---

**D. N. and E. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

## FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY,
## NO. 19110, THE HONORABLE CHERYL MABRAY, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellants D.N. and E.M. filed their notices of appeal on Oct 13, 2015. The appellate record was complete November 12, 2015, making appellants' briefs due December 2, 2015. On December 7, 2015, counsel for appellants filed a motion for extension of time to file appellants' briefs.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order counsel to file appellants' briefs no later than December 31, 2015. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on December 11, 2015.


Before Chief Justice Rose, Justices Pemberton and Field